Theodore K. Stream, State Bar #138160
Eugene Kim, State Bar # 221753
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501-3335
Telephone: (951) 684-2171
Facsimile: (951) 684-2150

Attorneys for Plaintiff
FUTURE COMPUTING SOLUTIONS, INC.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| FUTURE COMPUTING SOLUTIONS INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-10, <br><br> Defendants. | CASE NO. SACV08-01103AG (MLGx) <br><br> **STIPULATED ENTRY OF JUDGMENT AND FINAL JUDGMENT** <br><br> Courtroom: 10D <br> Hon. Andrew J. Guilford |

It is hereby expressly stipulated by and between Future Computing Solutions, Inc. ("FCSI") and Lisa Whibley ("Defendant"), that Judgment in the above-entitled action be entered pursuant to the following conditions set forth herein.

**RECITALS**

A. On or about July 23, 2002, FCSI registered with the United States Patent and Trademark Office, Registration NO. 2596629, the Mark "FCSI" (hereinafter "FCSI Mark") FCSI currently owns, maintains and operates a website, www.fcsinet.com.

- 1 -

STIPULATED ENTRY OF JUDGMENT

B. On or around September 15, 2008, a confusingly similar website was registered – www.fcsinet.net. The domain www.fcsinet.net, which is not currently hosting a website, is being used as a domain host for an email server. FCSI is informed and believes that fcsinet.net was registered for the purpose of illegally impersonating FCSI email addresses. Since the registration of www.fcsinet.net, several unknown entities have attempted to place orders and/or open credit accounts with numerous vendors pretending to be FCSI.

C. The domain name (www.fcsinet.net) was purchased through Google Apps. The records from Google indicated that this domain name was owned by Lisa Whibley, Brett Webster, Samantha Soumare and Bethany Miano.

D. Defendant, Lisa Whibley, a party to this agreement, has denied and continue to deny any and all wrongdoing and all misconduct alleged against her with regard to this action.

E. On October 2, 2008, FCSI filed a complaint against Defendant in the Central District of California, Southern Division, CASE NO. SACV08-1103 AG(MLGx) ("the Action").

F. The FCSI and the Defendant (the "Parties") now desire to resolve the Action and mutually release each other from any liability and obligation in connection therewith. The purpose of this Agreement is to resolve, completely and finally, all disputes identified herein between the Parties.

G. The settlement embodied in this Settlement Agreement constitutes a compromise of disputed claims and shall not be construed as an admission of liability by any party hereto.

**STIPULATION**

NOW, THEREFORE, FCSI and Defendant hereby stipulate and agree as follows:

1. Copies of the Summons and Complaint were served on Defendants.

2. Defendant agreed to accept service of process of the Summons and Complaint.

3. The Parties expressly represent that they have the authority to execute the Settlement Agreement and this Stipulated Entry of Judgment in their respective capacities.

4. Defendant shall relinquish and release any claim of ownership, past or future, related to the Property and convey any and all interest they may have in the domain name www.fcsinet.net.

5. Defendant Lisa Whibley shall be restrained and enjoined from using any FCSI Mark or any other mark, designation or depiction in a manner that is likely to cause confusion regarding whether Defendants or any of Defendants' affiliates, agents, servants, employees or representatives, or any persons in active concert or participation with Defendants, are affiliated or associated with FCSI.

6. The domain name www.fcsinet.net shall be immediately taken down and become inactive. Therefore, no material can be posted on this website. Furthermore, no emails can be used, created, or exchanged through this domain name.

7. Defendant Lisa Whibley also agrees to cooperate with Plaintiff FCSI in taking down the domain name www.fcsinet.net. This includes, but is not limited to, corresponding with eNom requesting that they terminate the active status of the domain name fcsinet.net, and corresponding with Google requesting that they immediately cease and desist hosting the domain name fcsinet.net for any purpose.

8. FCSI and Defendant waive any claim for Court costs, attorney's fees, or other monetary damages.

9. All Parties shall assume and bear all of their own respective costs of litigation, including attorneys' fees, incurred as a result of or in connection with the Action and the execution and delivery of the Settlement Agreement and related documents.

FUTURE COMPUTING SOLUTIONS, INC.

Date: May ___, 2009

By: _____
    Its: President

Date: May 22, 2009

*/s/ Lisa Whibley*
LISA WHIBLEY,
An Individual

**APPROVED AS TO FORM**

Dated: May ___, 2009

Respectfully submitted,

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

By: _____
    Theodore K. Stream
    Eugene Kim
    Attorney for Plaintiff,
    Future Computing Solutions, Inc.

BASED ON STIPULATIONS FILED BY DEFENDANTS, THE COURT ORDERS THAT FINAL JUDGMENT BE ENTERED JUNE 30, 2009

*/s/*

- 4 -

STIPULATED ENTRY OF JUDGMENT

9. All Parties shall assume and bear all of their own respective costs of litigation, including attorneys' fees, incurred as a result of or in connection with the Action and the execution and delivery of the Settlement Agreement and related documents.

FUTURE COMPUTING SOLUTIONS, INC.

Date: ~~May~~ June 22, 2009

_NEAL DESAI_

By: _Neal Desai_
Its: ~~President~~ Vice President

Date: May ___, 2009

LISA WHIBLEY,
An Individual

**APPROVED AS TO FORM**

Dated: ~~May 22~~ June, 2009

Respectfully submitted,

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

By: _____
Theodore K. Stream
Eugene Kim
Attorney for Plaintiff,
Future Computing Solutions, Inc.

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., STE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

- 4 -

STIPULATED ENTRY OF JUDGMENT

1379-001 -- 371002.1